**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1901**

_____

WHITE MARLIN OPEN, INC.; JIM CONWAY; RICHARD KOSZTYU; MARK
HUTCHISON; PAT HORNING; DAVE ARNOLD; RICHARD HAMMOND;
BRIAN LEADER; DANIEL STUART; JOSH SHARP; BRIAN RUSSELL;
JOHN GUDELSKY; HUNTER PUSEY; J. D. MESSLER,

          Plaintiffs - Appellees,

     v.

PHILLIP G. HEASLEY,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, District Judge. (1:16-cv-03105-RDB)

_____

Submitted: February 23, 2018                Decided: March 28, 2018

_____

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert F. Callahan, Jr., Christopher P. Sullivan, Sr., Boston, Massachusetts, Luke A.
Hasskamp, Eric J. Magnuson, ROBINS KAPLAN LLP, Minneapolis, Minnesota; Jason
M. St. John, SAUL EWING ARNSTEIN & LEHR LLP, Baltimore, Maryland, for
Appellant. David M. Wyand, ROSENBERG MARTIN GREENBERG, LLP, Baltimore,
Maryland; Joseph E. Moore, WILLIAMS, MOORE, SHOCKLEY & HARRISON,
L.L.P., Ocean City, Maryland, for Appellee White Marlin Open. Hugh Cropper, IV,

Curtis H. Booth, BOOTH BOOTH CROPPER & MARRINER, P.C., Ocean City, Maryland, for Appellees Richard Kosztyu and Mark Hutchison.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip G. Heasley appeals the district court's order entering judgment for the Appellees on the claims in the complaint and Heasley's counterclaims following a bench trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White Marlin Open, Inc. v. Heasley*, No. 1:16-cv-03105-RDB (D. Md. July 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
